FILED
08 JAN -9 PM 3:19
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: Bov DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0081 IEG

UNITED STATES OF AMERICA, Plaintiff,

v.

CESAR HERNANDEZ-GUILLEN, Defendant.

Criminal Case No. ____________

NOTICE OF RELATED CASE

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Cesar Hernandez-Guillen, Criminal Case No. 07CR3287-IEG.

DATED: January 9, 2008.

KAREN P. HEWITT
United States Attorney

J. Moore

JEFFREY D. MOORE
Assistant U.S. Attorney

CR