**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, Ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorneys for Mr. Cesar Hernandez-Guillen

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE IRMA E. GONZALEZ**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CESAR HERNANDEZ-GUILLEN,<br><br>Defendant. | ) | CASE NO. 08cr0081-IEG<br><br>DATE: January 28, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS:<br><br>(1) TO COMPEL DISCOVERY; AND,<br>(2) FOR LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
JEFFREY MOORE, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on January 28, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Cesar Hernandez-Guillen, by and through his counsel, Robert Rexrode, will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Cesar Hernandez-Guillen, by and through his attorney, Robert Rexrode, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery; and,

2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: January 14, 2008

/s/ Robert H. Rexrode

**ROBERT H. REXRODE, III**
Attorneys for Mr. Hernandez-Guillen
robert_rexrode@rexrodelawoffices.com